FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2004 JAN -6 P 4: 16
SIGN
BY DEPUTY CLERK
04-05-D-M1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* | : | CIVIL ACTION NO. |
| versus | : | SECTION |
| | : | DISTRICT JUDGE |
| 8.34 ACRES OF LAND, MORE OR LESS SITUATED IN ASCENSION PARISH, STATE OF LOUISIANA, AND AJL ENTERPRISES, INC., ET AL *Defendants* | : | MAGISTRATE JUDGE |

## COMPLAINT IN CONDEMNATION

NOW INTO COURT COMES the Plaintiff, United States of America, through undersigned counsel, which states the following:

1. This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2. The authority for the taking is Act of August 1, 1888 (25 Stat. 357, 40 U.S.C. 257, now cited as 40 U.S.C. 3113), the Act of February 26, 1931 (46 Stat.1421, 40 U.S.C. 258 a, now cited as 40 U.S.C. 3114), 49 U.S.C. 106(f)(2)(A)(ii), 49 U.S.C. 106(n)(1)(A)(i), 49 U.S.C. 40110(a)(1), the Act appropriating funds for such purposes, Public Law Number 106-346, and the authority delegated by the Administrator of the Federal Aviation Administration (FAA) to the Regional Administrators (27 Fed. Reg. 3773).

3. The public use for which the subject property is taken is to provide a land site for the continued operation of a Radio Communications Link Repeater (RCLR) facility in Ascension Parish, Louisiana, which site the Administrator of the FAA has determined is critical to the National


Case 3:04-cv-00005-JJB-SCR   Document 1   01/06/04   Page 1 of 6

Airspace System.

4. A description of the property taken sufficient for the identification thereof and the estate or interest in the property taken for public uses, are set forth in Schedule "A," which is attached hereto and made a part hereof.

5. A plat of survey showing the property taken is attached hereto as Schedule "B" and is made a part hereof.

6. The sum of money estimated by the FAA to be the just compensation for the property acquired is Sixty Nine Thousand Five Hundred and No/100 Dollars ($69,500.00).

7. The taking is effective nunc pro tunc to October 1, 2001. The FAA has used the subject property for the above stated public use since the FAA's lease of the property from the landowner expired on September 30, 2001.

8. The names and addresses of the purported owners and interested parties known by the FAA to have or claim an interest in the property are set forth in Schedule "C," attached hereto and made a part hereof.

9. All persons, firms and corporations named as defendants herein are joined as defendants generally to the end that all right, title, interest of all said defendants in and to any and all of the lands herein involved shall, to the extent of the estate herein taken, be divested out of them and vested in plaintiff.

10. In addition to the persons named, there are or may be others who have or may claim some interest in the property to be taken, whose names are unknown to the FAA, and such persons are made parties to the action under the designation "Unknown Owners."

2

Case 3:04-cv-00005-JJB-SCR   Document 1   01/06/04   Page 2 of 6

WHEREFORE, the United States of America demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

                                UNITED STATES OF AMERICA, by

                                DAVID R. DUGAS
                                UNITED STATES ATTORNEY

                                *Tara Avery Hingle*
                                Tara Avery Hingle, LBN 17606
                                Assistant United States Attorney
                                777 Florida Street, Suite 208
                                Baton Rouge, Louisiana 70801
                                Telephone: (225) 389-0443
                                Fax: (225) 389-0685

METES AND BOUNDS LEGAL DESCRITPION
RADIO COMMUNICATIONS LINK (RCLR) SITE
LOUISVILLE, LOUISIANA

## FACILITY SITE

A certain parcel or tract of land being located Section 29, Township 9 South, Range 2 East, Ascension Parish, Louisiana. Being more particularly described as follows:

Commencing at a 1-1/2" galvanized Iron pipe being in the Southwest corner of Section 28, T9S-R2E and the Point of Beginning; Thence from the Point of Beginning along the common line of Section 28 & Section 29 S81°07'22"E a distance of 580.61 feet to a point and turn; Thence leaving said common Section line S00°15'00"E a distance of 590.00 feet to a point and turn; Thence N80°29'05"W a distance of 676.45 feet to a point and turn; Thence N09°05'51"E a distance of 575.00 feet to the Point of Beginning containing within said bounds 8.34 acres or 363,584 sq. ft. more or less.

ESTATE ACQUIRED
Fee excluding minerals (with restrictions on use of the surface):
The fee simple title to the land described subject, however, to existing easements for public roads and highways, public utilities, railroads, and pipelines; excepting and excluding from the taking all oil and gas in and under said land and all appurtenant rights from the exploration, development, and removal of said oil and gas but without the right to enter upon or over the surface of said land for the purpose of drilling and extracting therefrom said oil and gas; provided, however, that the said gas, and appurtenant rights so excepted and excluded are subordinated to the prior right of the United States to utilize the land in connection with the operation and maintenance of the RCLR facility.

## 20-FOOT NONEXCLUSIVE ACCESS ROAD SERVITUDE

Begin at a point that is 575.00 feet S09° 00'W of the Southwest corner of Section 28, Thence S09°00'00"W a distance of 1492.73 feet to the North R.O.W. line of Louisiana Highway No. 30, Thence S45°04'30"E along said R.O.W. line a distance of 24.51 feet, Thence N09°00'E a distance of 1507.11 feet, Thence N80°00'41"W a distance of 20.00 feet to Point of Beginning. Servitude being located in Section 29, Township 9 South, Range 2 East, Ascension Parish, Louisiana.

ESTATE ACQUIRED
20-Foot Nonexclusive Access Road Servitude:
A perpetual and assignable easement and right-of-way to locate, construct, operate, maintain, and repair a roadway and utility lines in, upon, over, and across the land described, together with the right to trim, cut, fell, and remove therefrom all trees, underbrush, obstructions, and any other vegetation, structures or obstacles within the limits of the right-of-way; subject; however, to existing easements for public roads and highways, public utilities, railroads, and pipelines; reserving, however, to the landowners, their heirs, executors, administrators, and assigns, the right to use the surface of such land to access to their adjoining land.

**SCHEDULE "A"**



PURPORTED OWNERS AND OTHER INTERESTED PARTIES

Owner:
AJL Enterprises, Inc.
P.O. Box 88
St. Gabriel, LA 70776


Tax Authorities:
Ascension Parish Tax Authority
P. O. Box 389
Donaldsonville, Louisiana 70346-0389
Phone: (225) 473-8630
Fax: (225) 473-5792


Mortgagors:

For the 8.34 Acre Tract:
The John A. Jones and Mary Eubanks Jones Revocable Trust
Mary Eubanks Jones, Trustee
28923 Greenwell Springs Road
Greenwell Springs, Louisiana 70739

For the Access Servitude:
John A. Jones, Mary Eubanks Jones and Alice Geneva Jones Townsend
% The John A. Jones and Mary Eubanks Jones Revocable Trust
Mary Eubanks Jones, Trustee
28923 Greenwell Springs Road
Greenwell Springs, Louisiana 70739

# SCHEDULE "C"